O

# United States District Court
# Central District of California

| | |
|---|---|
| HOMEAWAY.COM, INC. | Case Nos. 2:16-cv-06641-ODW (AFM) |
|       Plaintiff, |           2:16-cv-06645-ODW (AFM) |
|   v. | |
| CITY OF SANTA MONICA, | |
|       Defendant. | **ORDER LIFTING STAY AND SETTING NEW BRIEFING SCHEDULE** |
| AIRBNB, INC., | |
|       Plaintiff, | |
| v. | |
| CITY OF SANTA MONICA | |
|       Defendant. | |

///
///
///
///

On September 22, 2016, the Court granted a stay of proceedings until January 12, 2017, in each of these cases to allow for additional discussions between the parties about the ordinance. (*See* ECF No. 20.) On February 7, 2017, the parties filed a stipulation with the Court to lift the stay and set a new briefing schedule as they have been unable to resolve their differences related to the ordinance. (ECF No. 23.) Accordingly, the Court lifts the stay and sets the following briefing schedule.

| **Submission** | **Due Date** |
| --- | --- |
| Plaintiffs' Amended Complaints and Joint Motion for Preliminary Injunction | February 24, 2017 |
| *Amicus Curiae* Briefs in Support of Plaintiffs' Motion | March 8, 2017 |
| Defendant's Opposition | April 7, 2017 |
| *Amicus Curiae* Briefs in Support of Defendant's Opposition | April 19, 2017 |
| Plaintiffs' Joint Reply | May 3, 2017 |
| Hearing on Motion for Preliminary Injunction | June 5, 2017 at 1:30 p.m. |

Per the parties stipulation, Defendant City of Santa Monica shall not enforce or seek enforcement of the ordinance and its amendments against Plaintiffs, including retroactively, for the period necessary for the parties to brief and for the Court to resolve Plaintiffs' Joint Motion for a Preliminary Injunction, and until fourteen days after any order denying Plaintiffs' Joint Motion for a Preliminary Injunction.

**IT IS SO ORDERED.**

February 8, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**