1
2
3
4
5
6
7
8
9
10

# United States District Court
# Central District of California

| | |
|---|---|
| HOMEAWAY.COM, INC. | Case Nos. 2:16-cv-06641-ODW (AFM) |
| Plaintiff, | 2:16-cv-06645-ODW (AFM) |
| v. | |
| CITY OF SANTA MONICA, | |
| Defendant. | |
| AIRBNB, INC., | **ORDER CONSOLIDATING CASES** |
| Plaintiff, | **PURSUANT TO FEDERAL RULE** |
| v. | **OF CIVIL PROCEDURE 42** |
| CITY OF SANTA MONICA | |
| Defendant. | |

The Court is in receipt of the Joint Status Report between Plaintiffs Homeaway.com, Inc. and Airbnb, Inc. and Defendant City of Santa Monica regarding the parties' stipulation to consolidate these two matters. (ECF No. 50, 2:16-cv-6641.) Having considered the stipulation under Federal Rule of Civil Procedure 42, the Court **ORDERS** as follows:

- *Airbnb Inc. v. City of Santa Monica*, No. 2:16-cv-6645-ODW-AFM, and *HomeAway.com Inc. v. City of Santa Monica*, No. 2:16-cv-06641-ODW-AFM,

are hereby consolidated for the purposes of discovery and all pre-trial matters.

- All pleadings and documents filed or served in the consolidated action shall be filed in the lead case, *HomeAway.com, Inc. v. City of Santa Monica*, No. 2:16-cv-06641-ODW-AFM.

- Plaintiffs shall file separate Amended Complaints.

**IT IS SO ORDERED.**

December 11, 2017

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**